# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAVID ROWLAND CONLEY,   )
            )
   Plaintiff,     )
            )
  v.         )  Civil Action No. 14-1359 (UNA)
            )
UNITED STATES GOVERNMENT, *et al.*, )
            )
   Defendants.    )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on August 8, 2014. At that time, the Court directed the plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. The plaintiff has not produced the required trust fund account statement. The Court will dismiss this action without prejudice. An Order is issued separately.

DATE:  11/(8/2014

_____
United States District Judge